# EXHIBIT A

# * * * EMPLOYMENT * * *

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E200910S6434-00 |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| RUETZ, RUSSELL | (909)985-4003 |

**ADDRESS**

C/O MICHAEL A. MCGILL, LACKIE DAMMEIER MCGILL, 367 N. 2ND AVE.

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| UPLAND, CA 91786 | SAN BERNARDINO | 071 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| SANTA MONICA COMMUNITY COLLEGE DISTRICT | (310)434-4000 |

| ADDRESS | | DFEH USE ONLY |
|---|---|---|
| 1900 PICO BLVD | | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| SANTA MONICA, CA 90405 | LOS ANGELES | 037 |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE |
|---|---|---|
| 150 | 05/03/2010 | 00 |

THE PARTICULARS ARE:

I allege that on about or before 05/03/2010 , the following conduct occurred:

____ termination
____ laid off
_X_ demotion
_X_ harassment
____ genetic characteristics testing
____ constructive discharge (forced to quit)
____ impermissible non-job-related inquiry

____ denial of employment
____ denial of promotion
____ denial of transfer
____ denial of accommodation
_X_ failure to prevent discrimination or retaliation
_X_ retaliation
_X_ other (specify)  harassment, discrimination, retaliation, failure to prevent

____ denial of family or medical leave
____ denial of pregnancy leave
____ denial of equal pay
____ denial of right to wear pants
____ denial of pregnancy accommodation

by     SANTA MONICA COMMUNITY COLLEGE DISTRICT

Name of Person                                           Job Title (supervisor/manager/personnel director/etc.)

because of :
____ sex
____ age
____ religion
_X_ race/color

____ national origin/ancestry
____ marital status
____ sexual orientation
____ association

_X_ disability (physical or mental)
_X_ medical condition (cancer or genetic characteristic
_X_ other (specify)  race, whistleblowing, perceived conditions

_X_ retaliation for engaging in protected activity or requesting a protected leave or accommodation

State of what you believe to be the reason(s) for discrimination

RETALIATION, HARASSMENT, DISCRIMINATION, HOSTILE WORK ENVIRONMENT, BASED ON RACE, COLOR, PERCEIVED MEDICAL AND PHYSICAL CONDITIONS, ETC.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated 05/21/2010

At  Upland

DATE FILED:  05/21/2010

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                    ARNOLD SCHWARZENEGGER, Governor

## DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
1055 WEST 7TH STREET, SUITE 1400, LOS ANGELES, CA 90017
(213) 439-6700
www.dfeh.ca.gov



May 21, 2010

RE:   E200910S6434-00
      RUETZ/SANTA MONICA COMMUNITY COLLEGE DISTRICT

### NOTICE TO COMPLAINANT'S ATTORNEY

Enclosed is a copy of your client's complaint of discrimination filed with the Department of
Fair Employment and Housing (DFEH) pursuant to the California Fair Employment and
Housing Act, Government Code section 12900 et seq. Also enclosed is a copy of your
client's Notice of Case Closure, which constitutes your client's right-to-sue notice. Pursuant
to Government Code section 12962, DFEH will not serve these documents on the
employer.

Please refer to the enclosed Notice of Case Closure for information regarding filling a
private lawsuit in the State of California.

Sincerely,

Lottie Woodruff

Lottie Woodruff
District Administrator

Enclosure:  Complaint of Discrimination
            Notice of Case Closure

DFEH-200-06 (01/08)

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY

ARNOLD SCHWARZENEGGER, Governor

## DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
1055 WEST 7TH STREET, SUITE 1400, LOS ANGELES, CA 90017
(213) 439-6700
www.dfeh.ca.gov



May 21, 2010

RUETZ, RUSSELL
C/O MICHAEL A. MCGILL, LACKIE DAMMEIER MCGILL, 367
N. 2ND AVE.
UPLAND, CA 91786

RE: E200910S6434-00
    RUETZ/SANTA MONICA COMMUNITY COLLEGE DISTRICT

Dear RUETZ, RUSSELL:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department
of Fair Employment and Housing (DFEH) has been closed effective May 21, 2010 because
an immediate right-to-sue notice was requested. DFEH will take no further action on the
complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965,
subdivision (b), a civil action may be brought under the provisions of the Fair Employment
and Housing Act against the person, employer, labor organization or employment agency
named in the above-referenced complaint. The civil action must be filed within one year
from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity
Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this
DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act,
whichever is earlier.

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Lottie Woodruff*

Lottie Woodruff
District Administrator

cc:    Case File

MARCIA WADE
HUMAN RESOURCES
HUMAN RESOURCES
1900 PICO BOULEVARD
SANTA MONICA, CA 90405

DFEH-200-43 (06/06)

# * * * EMPLOYMENT * * *

**COMPLAINT OF DISCRIMINATION UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT**

DFEH #    E200910S6434-01

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)

**RUETZ, RUSSELL**

TELEPHONE NUMBER (INCLUDE AREA CODE)

(909)985-4003

ADDRESS

**C/O MICHAEL A. MCGILL, LACKIE DAMMEIER MCGILL, 367
N. 2ND AVE.**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| UPLAND,CA,91786 | SAN BERNARDINO | 071 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME

**VASQUEZ, ALBERT**

TELEPHONE NUMBER (Include Area Code)

(310)434-4000

ADDRESS

**1900 PICO BLVD**

DFEH USE ONLY

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| SANTA MONICA, CA 90405 | | |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| 150 | 05/03/2010 | 01 |

THE PARTICULARS ARE:

I allege that on or about or before 05/03/2010 , the following conduct occurred:

\_\_\_\_ termination
\_\_\_\_ laid off
X demotion
X harassment
\_\_\_\_ genetic characteristics testing
\_\_\_\_ constructive discharge (forced to quit)
\_\_\_\_ impermissible non-job-related inquiry

\_\_\_\_ denial of employment
\_\_\_\_ denial of promotion
\_\_\_\_ denial of transfer
\_\_\_\_ denial of accommodation
X failure to prevent discrimination or retaliation
X retaliation
X other (specify)  harassment, discrimination, retaliation, failure to prevent

\_\_\_\_ denial of family or medical leave
\_\_\_\_ denial of pregnancy leave
\_\_\_\_ denial of equal pay
\_\_\_\_ denial of right to wear pants
\_\_\_\_ denial of pregnancy accommodation

by   VASQUEZ, ALBERT

Name of Person

CHIEF OF POLICE

Job Title (supervisor/manager/personnel director/etc.)

because of :

\_\_\_\_ sex
\_\_\_\_ age
\_\_\_\_ religion
X race/color

\_\_\_\_ national origin/ancestry
\_\_\_\_ marital status
\_\_\_\_ sexual orientation
\_\_\_\_ association

X disability (physical or mental)
X medical condition (cancer or genetic characteristic
X other (specify)  race, whistleblowing, perceived conditions

X retaliation for engaging in protected activity or requesting a protected leave or accommodation

State of what you believe to be the reason(s) for discrimination

RETALIATION, HARASSMENT, DISCRIMINATION, HOSTILE WORK ENVIRONMENT, BASED ON RACE, COLOR, PERCEIVED MEDICAL AND PHYSICAL CONDITIONS, ETC.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated 05/21/2010

At Upland

DATE FILED: 05/21/2010

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY     ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1055 WEST 7TH STREET, SUITE 1400, LOS ANGELES, CA 90017
(213) 439-6700
www.dfeh.ca.gov



May 21, 2010

RE:   E200910S6434-01
      RUETZ/VASQUEZ, ALBERT, AS AN INDIVIDUAL

### NOTICE TO COMPLAINANT'S ATTORNEY

Enclosed is a copy of your client's complaint of discrimination filed with the Department of
Fair Employment and Housing (DFEH) pursuant to the California Fair Employment and
Housing Act, Government Code section 12900 et seq. Also enclosed is a copy of your
client's Notice of Case Closure, which constitutes your client's right-to-sue notice. Pursuant
to Government Code section 12962, DFEH will not serve these documents on the
employer.

Please refer to the enclosed Notice of Case Closure for information regarding filling a
private lawsuit in the State of California.

Sincerely,

Lottie Woodruff
District Administrator

Enclosure:  Complaint of Discrimination
          Notice of Case Closure

DFEH-200-06 (01/08)

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                                    ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1055 WEST 7TH STREET, SUITE 1400, LOS ANGELES, CA 90017
(213) 439-6700
www.dfeh.ca.gov



May 21, 2010

RUETZ, RUSSELL
C/O MICHAEL A. MCGILL, LACKIE DAMMEIER MCGILL, 367
N. 2ND AVE.
UPLAND,CA,91786

RE:   E200910S6434-01
      <u>RUETZ/VASQUEZ, ALBERT, AS AN INDIVIDUAL</u>

Dear RUETZ, RUSSELL:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department
of Fair Employment and Housing (DFEH) has been closed effective May 21, 2010 because
an immediate right-to-sue notice was requested. DFEH will take no further action on the
complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965,
subdivision (b), a civil action may be brought under the provisions of the Fair Employment
and Housing Act against the person, employer, labor organization or employment agency
named in the above-referenced complaint. The civil action must be filed within one year
from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity
Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this
DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act,
whichever is earlier.

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Lottie Woodruff*

Lottie Woodruff
District Administrator

cc: Case File

MARCIA WADE
HUMAN RESOURCES
HUMAN RESOURCES
1900 PICO BLVD
SANTA MONICA, CA 90405

DFEH-200-43 (06/06)

# * * * EMPLOYMENT * * *

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E200910S6434-02 |
|---|---|---|
| | | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| RUETZ, RUSSELL | (909)985-4003 |

**ADDRESS**

C/O MICHAEL A. MCGILL, LACKIE DAMMEIER MCGILL, 367 N. 2ND AVE.

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| UPLAND,CA,91786 | SAN BERNARDINO | 071 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (include Area Code) |
|---|---|
| TRUMP, KURT | (310)434-4000 |

**ADDRESS**                                                                          DFEH USE ONLY

1900 PICO BLVD

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| SANTA MONICA, CA 90405 | | |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE |
|---|---|---|
| 150 | 05/03/2010 | 02 |

THE PARTICULARS ARE:

I allege that on about or before 05/03/2010, the following conduct occurred:

| | | |
|---|---|---|
| ___ termination | ___ denial of employment | ___ denial of family or medical leave |
| ___ laid off | ___ denial of promotion | ___ denial of pregnancy leave |
| X demotion | ___ denial of transfer | ___ denial of equal pay |
| X harassment | ___ denial of accommodation | ___ denial of right to wear pants |
| ___ genetic characteristics testing | X failure to prevent discrimination or retaliation | ___ denial of pregnancy accommodation |
| ___ constructive discharge (forced to quit) | X retaliation | |
| ___ impermissible non-job-related inquiry | X other (specify) harassment, discrimination, retaliation, failure to prevent | |

by   TRUMP, KURT                                                    SERGEANT

Name of Person                               Job Title (supervisor/manager/personnel director/etc.)

because of :

| | | | |
|---|---|---|---|
| ___ sex | ___ national origin/ancestry | X disability (physical or mental) | X retaliation for engaging in protected |
| ___ age | ___ marital status | X medical condition (cancer or | activity or requesting a protected |
| ___ religion | ___ sexual orientation | generic characteristic | leave or accommodation |
| X race/color | ___ association | X other (specify)  race, whistleblowing, perceived conditions | |

State of what you believe to be the reason(s) for discrimination

RETALIATION, HARASSMENT, DISCRIMINATION, HOSTILE WORK ENVIRONMENT, BASED ON RACE, COLOR, PERCEIVED MEDICAL AND PHYSICAL CONDITIONS, ETC.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complaint Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated  05/21/2010

At  Upland

DATE FILED:  05/21/2010

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING                                    STATE OF CALIFORNIA

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                          ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1055 WEST 7TH STREET, SUITE 1400, LOS ANGELES, CA 90017
(213) 439-6700
www.dfeh.ca.gov



May 21, 2010

RE:   E200910S6434-02
      <u>RUETZ/TRUMP, KURT, AS AN INDIVIDUAL</u>

## NOTICE TO COMPLAINANT'S ATTORNEY

Enclosed is a copy of your client's complaint of discrimination filed with the Department of Fair Employment and Housing (DFEH) pursuant to the California Fair Employment and Housing Act, Government Code section 12900 et seq. Also enclosed is a copy of your client's Notice of Case Closure, which constitutes your client's right-to-sue notice. Pursuant to Government Code section 12962, DFEH will not serve these documents on the employer.

Please refer to the enclosed Notice of Case Closure for information regarding filling a private lawsuit in the State of California.

Sincerely,

Lottie Woodruff
District Administrator

Enclosure:  Complaint of Discrimination
            Notice of Case Closure

DFEH-200-06 (01/08)

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                    ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1055 WEST 7TH STREET, SUITE 1400, LOS ANGELES, CA 90017
(213) 439-6700
www.dfeh.ca.gov



May 21, 2010

RUETZ, RUSSELL
C/O MICHAEL A. MCGILL, LACKIE DAMMEIER MCGILL, 367
N. 2ND AVE.
UPLAND,CA,91786

RE:   E200910S6434-02
      RUETZ/TRUMP, KURT, AS AN INDIVIDUAL

Dear RUETZ, RUSSELL:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department
of Fair Employment and Housing (DFEH) has been closed effective May 21, 2010 because
an immediate right-to-sue notice was requested. DFEH will take no further action on the
complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965,
subdivision (b), a civil action may be brought under the provisions of the Fair Employment
and Housing Act against the person, employer, labor organization or employment agency
named in the above-referenced complaint. The civil action must be filed within one year
from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity
Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this
DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act,
whichever is earlier.

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case
is still open at the end of the three-year period.

Sincerely,

Lottie Woodruff

Lottie Woodruff
District Administrator

cc:    Case File

MARCIA WADE
HUMAN RESOURCES
HUMAN RESOURCES
1900 PICO BLVD
SANTA MONICA, CA 90405

DFEH-200-43 (06/06)

# * * * EMPLOYMENT * * *

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH #   E200910S6434-05 |
|---|---|
| | DFEH USE ONLY |

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **RUETZ, RUSSELL** | **(909)985-4003** |

**ADDRESS**

**C/O MICHAEL A. MCGILL, LACKIE DAMMEIER MCGILL, 367 N. 2ND AVE.**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **UPLAND,CA,91786** | **SAN BERNARDINO** | **071** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **AGARD, SHERYL (SASHA)** | **(310)434-4000** |

| ADDRESS | | DFEH USE ONLY |
|---|---|---|
| **1900 PICO BLVD** | | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SANTA MONICA, CA 90405** | | |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE |
|---|---|---|
| **150** | **05/03/2010** | **05** |

THE PARTICULARS ARE:

I allege that on about or before **05/03/2010** , the following conduct occurred:

| | | |
|---|---|---|
| ____ termination | ____ denial of employment | ____ denial of family or medical leave |
| ____ laid off | ____ denial of promotion | ____ denial of pregnancy leave |
| _X_ demotion | ____ denial of transfer | ____ denial of equal pay |
| _X_ harassment | ____ denial of accommodation | ____ denial of right to wear pants |
| ____ genetic characteristics testing | _X_ failure to prevent discrimination or retaliation | ____ denial of pregnancy accommodation |
| ____ constructive discharge (forced to quit) | _X_ retaliation | |
| ____ impermissible non-job-related inquiry | _X_ other (specify) harassment, discrimination, retaliation, failure to prevent | |

by **AGARD, SHERYL (SASHA)**      **SECRETARY**

Name of Person      Job Title (supervisor/manager/personnel director/etc.)

because of :

| | | |
|---|---|---|
| ____ sex | ____ national origin/ancestry | _X_ disability (physical or mental)   _X_ retaliation for engaging in protected |
| ____ age | ____ marital status | _X_ medical condition (cancer or    activity or requesting a protected |
| ____ religion | ____ sexual orientation |    genetic characteristic     leave or accommodation |
| _X_ race/color | ____ association | _X_ other (specify) race, whistleblowing, perceived conditions |

State of what you believe to be the reason(s) for discrimination

RETALIATION, HARASSMENT, DISCRIMINATION, HOSTILE WORK ENVIRONMENT, BASED ON RACE, COLOR, PERCEIVED MEDICAL AND PHYSICAL CONDITIONS, ETC.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated **05/21/2010**

At **Upland**

DATE FILED: **05/21/2010**

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                      ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1055 WEST 7TH STREET, SUITE 1400, LOS ANGELES, CA 90017
(213) 439-6700
www.dfeh.ca.gov



May 21, 2010


RE:  E200910S6434-05
     RUETZ/AGARD, SHERYL (SASHA), AS AN INDIVIDUAL


## NOTICE TO COMPLAINANT'S ATTORNEY

Enclosed is a copy of your client's complaint of discrimination filed with the Department of
Fair Employment and Housing (DFEH) pursuant to the California Fair Employment and
Housing Act, Government Code section 12900 et seq. Also enclosed is a copy of your
client's Notice of Case Closure, which constitutes your client's right-to-sue notice. Pursuant
to Government Code section 12962, DFEH will not serve these documents on the
employer.

Please refer to the enclosed Notice of Case Closure for information regarding filling a
private lawsuit in the State of California.

Sincerely,

*Lottie Woodruff*

Lottie Woodruff
District Administrator


Enclosure: Complaint of Discrimination
            Notice of Case Closure

DFEH-200-06 (01/08)

STATE OF CALIFORNIA--STATE AND CONSUMER SERVICES AGENCY

ARNOLD SCHWARZENEGGER, Governor

## DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
1055 WEST 7TH STREET, SUITE 1400, LOS ANGELES, CA 90017
(213) 439-6700
www.dfeh.ca.gov



May 21, 2010

RUETZ, RUSSELL
C/O MICHAEL A. MCGILL, LACKIE DAMMEIER MCGILL, 367
N. 2ND AVE.
UPLAND,CA,91786

RE: E200910S6434-05
RUETZ/AGARD, SHERYL (SASHA), AS AN INDIVIDUAL

Dear RUETZ, RUSSELL:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective May 21, 2010 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Lottie Woodruff*

Lottie Woodruff
District Administrator

cc:    Case File

MARCIA WADE
HUMAN RESOURCES
HUMAN RESOURCES
1900 PICO BLVD
SANTA MONICA, CA 90405

DFEH-200-43 (06/06)

# * * * EMPLOYMENT * * *

**COMPLAINT OF DISCRIMINATION UNDER
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT**

DFEH #     E200910S6434-06

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| **RUETZ, RUSSELL** | (909)985-4003 |

ADDRESS

**C/O MICHAEL A. MCGILL, LACKIE DAMMEIER MCGILL, 367
N. 2ND AVE.**

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **UPLAND, CA, 91786** | **SAN BERNARDINO** | **071** |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| **JONES, JENNIFER** | (310)434-4000 |

| ADDRESS | DFEH USE ONLY |
|---|---|
| **1900 PICO BLVD** | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| **SANTA MONICA, CA 90405** | | |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| **150** | **05/03/2010** | **06** |

THE PARTICULARS ARE:

I allege that on about or before 05/03/2010, the following conduct occurred:

____ termination
____ laid off
_X_ demotion
_X_ harassment
____ genetic characteristics testing
____ constructive discharge (forced to quit)
____ impermissible non-job-related inquiry

____ denial of employment
____ denial of promotion
____ denial of transfer
____ denial of accommodation
_X_ failure to prevent discrimination or retaliation
_X_ retaliation
_X_ other (specify) harassment, discrimination, retaliation, failure to prevent.

____ denial of family or medical leave
____ denial of pregnancy leave
____ denial of equal pay
____ denial of right to wear pants
____ denial of pregnancy accommodation

by **JONES, JENNIFER**      **SECRETARY**

Name of Person      Job Title (supervisor/manager/personnel director/etc.)

because of :

____ sex
____ age
____ religion
_X_ race/color

____ national origin/ancestry
____ marital status
____ sexual orientation
____ association

_X_ disability (physical or mental)
_X_ medical condition (cancer or genetic characteristic
_X_ other (specify) race, whistleblowing, perceived conditions

_X_ retaliation for engaging in protected activity or requesting a protected leave or accommodation

**State of what you believe to be the reason(s) for discrimination**

RETALIATION, HARASSMENT, DISCRIMINATION, HOSTILE WORK ENVIRONMENT, BASED ON RACE, COLOR, PERCEIVED MEDICAL AND PHYSICAL CONDITIONS, ETC.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated 05/21/2010

At Upland

DATE FILED: 05/21/2010

STATE OF CALIFORNIA – STATE AND CONSUMER SERVICES AGENCY                                                   ARNOLD SCHWARZENEGGER, Governor

## DEPARTMENT OF FAIR EMPLOYMENT & HOUSING

1055 WEST 7TH STREET, SUITE 1400, LOS ANGELES, CA 90017
(213) 439-6700
www.dfeh.ca.gov



May 21, 2010

RE:   E200910S6434-06
       RUETZ/JONES, JENNIFER, AS AN INDIVIDUAL

## NOTICE TO COMPLAINANT'S ATTORNEY

Enclosed is a copy of your client's complaint of discrimination filed with the Department of
Fair Employment and Housing (DFEH) pursuant to the California Fair Employment and
Housing Act, Government Code section 12900 et seq. Also enclosed is a copy of your
client's Notice of Case Closure, which constitutes your client's right-to-sue notice. Pursuant
to Government Code section 12962, DFEH will not serve these documents on the
employer.

Please refer to the enclosed Notice of Case Closure for information regarding filling a
private lawsuit in the State of California.

Sincerely,

*Lottie Woodruff*

Lottie Woodruff
District Administrator

Enclosure:  Complaint of Discrimination
               Notice of Case Closure

DFEH-200-06 (01/08)

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY

ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1055 WEST 7TH STREET, SUITE 1400, LOS ANGELES, CA 90017
(213) 439-6700
www.dfeh.ca.gov



May 21, 2010

RUETZ, RUSSELL
C/O MICHAEL A. MCGILL, LACKIE DAMMEIER MCGILL, 367
N. 2ND AVE.
UPLAND,CA,91786

RE:  E200910S6434-06
     RUETZ/JONES, JENNIFER, AS AN INDIVIDUAL

Dear RUETZ, RUSSELL:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department
of Fair Employment and Housing (DFEH) has been closed effective May 21, 2010 because
an immediate right-to-sue notice was requested. DFEH will take no further action on the
complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965,
subdivision (b), a civil action may be brought under the provisions of the Fair Employment
and Housing Act against the person, employer, labor organization or employment agency
named in the above-referenced complaint. The civil action must be filed within one year
from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity
Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this
DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act,
whichever is earlier.

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Lottie Woodruff*

Lottie Woodruff
District Administrator

cc:    Case File

MARCIA WADE
HUMAN RESOURCES
HUMAN RESOURCES
1900 PICO BLVD
SANTA MONICA, CA 90405

DFEH-200-43 (06/06)

## * * * EMPLOYMENT * * *

COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

DFEH #     E200910S6434-07

DFEH USE ONLY

### CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| RUETZ, RUSSELL | (909)985-4003 |

ADDRESS

C/O MICHAEL A. MCGILL, LACKIE DAMMEIER MCGILL, 367 N. 2ND AVE.

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| UPLAND,CA,91786 | SAN BERNARDINO | 071 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| AGARD, SHERYL (SASHA) | (310)434-4000 |

| ADDRESS | | DFEH USE ONLY |
|---|---|---|
| 1900 PICO BLVD | | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| SANTA MONICA, CA 90405 | | |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month,day, and year) | RESPONDENT CODE |
|---|---|---|
| 150 | 05/03/2010 | 07 |

THE PARTICULARS ARE:

I allege that on about or before 05/03/2010 , the following conduct occurred:

_____ termination
_____ laid off
__X__ demotion
__X__ harassment
_____ genetic characteristics testing
_____ constructive discharge (forced to quit)
_____ impermissible non-job-related inquiry

_____ denial of employment
_____ denial of promotion
_____ denial of transfer
_____ denial of accommodation
__X__ failure to prevent discrimination or retaliation
__X__ retaliation
__X__ other (specify) harassment, discrimination, retaliation, failure to prevent

_____ denial of family or medical leave
_____ denial of pregnancy leave
_____ denial of equal pay
_____ denial of right to wear pants
_____ denial of pregnancy accommodation

by    AGARD, SHERYL (SASHA)      SECRETARY

Name of Person      Job Title (supervisor/manager/personnel director/etc.)

because of :

_____ sex
_____ age
_____ religion
__X__ race/color

_____ national origin/ancestry
_____ marital status
_____ sexual orientation
_____ association

__X__ disability (physical or mental)
__X__ medical condition (cancer or genetic characteristic
__X__ other (specify) race, whistleblowing, perceived conditions

__X__ retaliation for engaging in protected activity or requesting a protected leave or accommodation

State of what you believe to be the reason(s) for discrimination

RETALIATION, HARASSMENT, DISCRIMINATION, HOSTILE WORK ENVIRONMENT, BASED ON RACE, COLOR, PERCEIVED MEDICAL AND PHYSICAL CONDITIONS, ETC.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated   05/21/2010

At   Upland

DATE FILED:   05/21/2010

DFEH-300-03o (02/08)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

Case 2:11-cv-03921-JAK-E   Document 7-1   Filed 05/16/11   Page 23 of 29   Page ID #:110

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY

ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1055 WEST 7TH STREET, SUITE 1400, LOS ANGELES, CA 90017
(213) 439-6700
www.dfeh.ca.gov



May 21, 2010

RE:  E200910S6434-07
     RUETZ/AGARD, SHERYL (SASHA), AS AN INDIVIDUAL

### NOTICE TO COMPLAINANT'S ATTORNEY

Enclosed is a copy of your client's complaint of discrimination filed with the Department of Fair Employment and Housing (DFEH) pursuant to the California Fair Employment and Housing Act, Government Code section 12900 et seq. Also enclosed is a copy of your client's Notice of Case Closure, which constitutes your client's right-to-sue notice. Pursuant to Government Code section 12962, DFEH will not serve these documents on the employer.

Please refer to the enclosed Notice of Case Closure for information regarding filling a private lawsuit in the State of California.

Sincerely,

Lottie Woodruff
District Administrator

Enclosure:  Complaint of Discrimination
            Notice of Case Closure

DFEH-200-06 (01/08)

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY

ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1055 WEST 7TH STREET, SUITE 1400, LOS ANGELES, CA 90017
(213) 439-6700
www.dfeh.ca.gov



May 21, 2010

RUETZ, RUSSELL
C/O MICHAEL A. MCGILL, LACKIE DAMMEIER MCGILL, 367
N. 2ND AVE.
UPLAND,CA,91786

RE: E200910S6434-07
    RUETZ/AGARD, SHERYL (SASHA), AS AN INDIVIDUAL

Dear RUETZ, RUSSELL:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department
of Fair Employment and Housing (DFEH) has been closed effective May 21, 2010 because
an immediate right-to-sue notice was requested. DFEH will take no further action on the
complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965,
subdivision (b), a civil action may be brought under the provisions of the Fair Employment
and Housing Act against the person, employer, labor organization or employment agency
named in the above-referenced complaint. The civil action must be filed within one year
from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity
Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this
DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act,
whichever is earlier.

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Lottie Woodruff*

Lottie Woodruff
District Administrator

cc:   Case File

MARCIA WADE
HUMAN RESOURCES
HUMAN RESOURCES
1900 PICO BLVD
SANTA MONICA, CA 90405

DFEH-200-43 (06/06)

# * * * EMPLOYMENT * * *

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E200910S6434-09 |
| --- | --- | --- |
| | | DFEH USE ONLY |

### CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | | TELEPHONE NUMBER (INCLUDE AREA CODE) |
| --- | --- | --- |
| RUETZ, RUSSELL | | (909)985-4003 |

**ADDRESS**

C/O MICHAEL A. MCGILL, LACKIE DAMMEIER MCGILL, 367 N. 2ND AVE.

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
| --- | --- | --- |
| UPLAND, CA, 91786 | SAN BERNARDINO | 071 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (Include Area Code) |
| --- | --- |
| CRITTENDEN, TARA | (310)434-4000 |

| ADDRESS | | DFEH USE ONLY |
| --- | --- | --- |
| 1900 PICO BLVD | | |
| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
| SANTA MONICA, CA 90405 | | |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
| --- | --- | --- |
| 150 | 05/03/2010 | 09 |

THE PARTICULARS ARE:

I allege that on about or before 05/03/2010, the following conduct occurred:

| | | |
| --- | --- | --- |
| ____ termination | ____ denial of employment | ____ denial of family or medical leave |
| ____ laid off | ____ denial of promotion | ____ denial of pregnancy leave |
| _X_ demotion | ____ denial of transfer | ____ denial of equal pay |
| _X_ harassment | ____ denial of accommodation | ____ denial of right to wear pants |
| ____ genetic characteristics testing | _X_ failure to prevent discrimination or retaliation | ____ denial of pregnancy accommodation |
| ____ constructive discharge (forced to quit) | _X_ retaliation | |
| ____ impermissible non-job-related inquiry | _X_ other (specify)  harassment, discrimination, retaliation, failure to prevent | |

by **CRITTENDEN, TARA**  — Name of Person

Job Title (supervisor/manager/personnel director/etc.): **DISPATCHER**

because of :

| | | |
| --- | --- | --- |
| ____ sex | ____ national origin/ancestry | _X_ disability (physical or mental) | _X_ retaliation for engaging in protected activity or requesting a protected leave or accommodation |
| ____ age | ____ marital status | _X_ medical condition (cancer or genetic characteristic) | |
| ____ religion | ____ sexual orientation | | |
| _X_ race/color | ____ association | _X_ other (specify)  race, whistleblowing, perceived conditions | |

State of what you believe to be the reason(s) for discrimination

RETALIATION, HARASSMENT, DISCRIMINATION, HOSTILE WORK ENVIRONMENT, BASED ON RACE, COLOR, PERCEIVED MEDICAL AND PHYSICAL CONDITIONS, ETC.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated 05/21/2010

At Upland

DATE FILED:  05/21/2010

ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1055 WEST 7TH STREET, SUITE 1400, LOS ANGELES, CA 90017
(213) 439-6700
www.dfeh.ca.gov



May 21, 2010

RE:  E200910S6434-09
    RUETZ/CRITTENDEN, TARA, AS AN INDIVIDUAL

## NOTICE TO COMPLAINANT'S ATTORNEY

Enclosed is a copy of your client's complaint of discrimination filed with the Department of
Fair Employment and Housing (DFEH) pursuant to the California Fair Employment and
Housing Act, Government Code section 12900 et seq. Also enclosed is a copy of your
client's Notice of Case Closure, which constitutes your client's right-to-sue notice. Pursuant
to Government Code section 12962, DFEH will not serve these documents on the
employer.

Please refer to the enclosed Notice of Case Closure for information regarding filling a
private lawsuit in the State of California.

Sincerely,

Lottie Woodruff
District Administrator

Enclosure:  Complaint of Discrimination
           Notice of Case Closure

DFEH-200-06 (01/08)

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY

ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1055 WEST 7TH STREET, SUITE 1400, LOS ANGELES, CA 90017
(213) 439-6700
www.dfeh.ca.gov



May 21, 2010

RUETZ, RUSSELL
C/O MICHAEL A. MCGILL, LACKIE DAMMEIER MCGILL, 367
N. 2ND AVE.
UPLAND,CA,91786

RE: E200910S6434-09
RUETZ/CRITTENDEN, TARA, AS AN INDIVIDUAL

Dear RUETZ, RUSSELL:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department
of Fair Employment and Housing (DFEH) has been closed effective May 21, 2010 because
an immediate right-to-sue notice was requested. DFEH will take no further action on the
complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965,
subdivision (b), a civil action may be brought under the provisions of the Fair Employment
and Housing Act against the person, employer, labor organization or employment agency
named in the above-referenced complaint. The civil action must be filed within one year
from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity
Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this
DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act,
whichever is earlier.

Notice of Case Closure
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Lottie Woodruff*

Lottie Woodruff
District Administrator

cc:    Case File


M WADE
HUMAN RESOURCES
HUMAN RESOURCES
1900 PICO BLVD
SANTA MONICA, CA 90405

DFEH-200-43 (08/06)